ACCEPTED
15-24-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 3:50 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00095-CV**

_____

# In the Court of Appeals for the Fifteenth District of Texas at Austin

FILED IN
COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 3:50:53 PM
CHRISTOPHER A. PRINE
Clerk

_____

EDWARD RANDOLPH TURNBULL, IV,
*Appellant*,

v.

COMMISSION FOR LAWYER DISCIPLINE; DANIELA GROSZ, DANIEL MARTINEZ, SEANA WILLING, JOHN S. BRANNON, AMANDA KATES, JENNY HODGKINS, AND THE BOARD OF DIRECTORS OF THE STATE BAR OF TEXAS, CINDY V. TISDALE, STEVE BENESH, LAURA GIBSON, KENNON LILY WOOTEN, ET AL.,
*Appellees*.

_____

On Appeal from the 201st District Court
Travis County, Texas; No. D-1-GN-24-002025
Judges Karin Crump & Maya Guerra Gamble

_____

**STATE BAR APPELLEES' UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

_____

Patrick W. Mizell
Texas State Bar No. 14233980
Vinson & Elkins L.L.P.
845 Texas Avenue, Suite 4700
Houston, Texas 77002
T. (713) 758-2932
F. (713) 615-5912
pmizell@velaw.com

Brooke A. Noble
Texas State Bar No. 24110166
Emily S. Bamesberger
Texas State Bar No. 24125107
Vinson & Elkins L.L.P.
200 West Sixth Street, Suite 2500
Austin, Texas 78701
T. (512) 542-8409
F. (512) 236-3234
bnoble@velaw.com
ebamesberger@velaw.com

*Attorneys for Appellees the Members of the Board of Directors of the State Bar of Texas*

TO THE FIFTEENTH COURT OF APPEALS:

COME NOW, the State Bar Appellees[1] and move this Court for a 14-day extension of time to file their Appellees' Brief. The State Bar Appellees would respectfully show the Court as follows:

1.    Appellant Edward Turnbull, IV filed his Appellants Brief on January 3, 2025.

2.    The State Bar Appellees' Appellee Brief is due on Monday, February 3, 2025.

3.    The State Bar Appellees seek a fourteen-day extension to Monday, February 17, 2025.

4.    This is the State Bar Appellees' first request for an extension.

5.    Counsel for the State Bar Appellees conferred with counsel for Appellant and counsel for all other Appellees, who all confirmed that their clients were unopposed to the relief sought herein.

6.    Good cause exists for an extension of time.

---

[1] The State Bar Appellees refers to the Board of Directors of the State Bar of Texas, Cindy V. Tisdale, Steve Benesh, Laura Gibson, Kennon Lily Wooten, Kade [sic] W. Browning, Elizabeth Sandoval Cantu, Luis Cavazos, Jason Charbonnet, Craig Cherry, Kelly-Ann F. Clarke, Jeff Cochran, David C. Courreges, Thomas A. Crosley, August W. Harris III, Britney E. Harrison, Noelle Hicks, Matthew J. Hill, Forrest L. Huddleston, Kristina N. Kastl, Lori M. Kern, Bill Kroger, Hisham Masri, Dwight McDonald, Rudolph K. Metayer, Lawrence Morales II, Kimberly N. Naylor, Rosalind V.O. Perez, Christopher D. Pineda, Chris Popov, Laura Pratt, Shannon Quadros, Michael J. Ritter, Audie Sciumbato, John Sloan, G. David Smith, Paul K. Stafford, Alex J. Stelly Jr., Nitin Sud, Carlo Taboada, Radha Thiagarajan, Dr. Martin A. Tobey, Aaron Z. Tobin, G. Michael Vasquez, Stephen J. Venzor, and Michael J. Wynne.

a. Counsel for the State Bar Appellees has two motion for summary judgment replies due on February 3, 2024 in *Seckman v. Antero*, Cause No. 5:23-cv-136 (N.D. W. Va.).

b. Counsel for the State Bar Appellees has an expedited trial set for February 24-25, 2025 in *Desktop Metal, Inc. v. Nano Dimension Ltd. & Nano US I, Inc.*, C.A. No. 2024-1303-KJSM (Del. Ch. Dec. 16, 2024); *Desktop Metal, Inc. v. Nano Dimension Ltd., et al.*, C.A. No. 2025-0002-KSJM (Del. Ch. Dec. 31, 2024).

7. This motion is not being filed for purposes of delay, but rather so that justice may be done.

8. Granting this motion will not cause prejudice to any party.

## PRAYER

The State Bar Appellees respectfully asks this Court to grant the State Bar Appellees' Unopposed Motion for Extension of Time, and to extend the deadline for the State Bar Appellees' to file their Appellees' Brief by 14 days, up to and including February 17, 2024. The State Bar Appellees request all such other and further relief to which it may be justly entitled.

Dated: January 29, 2025          Respectfully submitted,

By:    */s/ Patrick W. Mizell*
         Patrick W. Mizell
         Texas State Bar No. 14233980
         Vinson & Elkins L.L.P.
         845 Texas Avenue, Suite 4700
         Houston, Texas 77002
         T. (713) 758-2932
         F. (713) 615-5912
         pmizell@velaw.com

         Brooke A. Noble
         Texas State Bar No. 24110166
         Emily S. Bamesberger
         Texas State Bar No. 24125107
         Vinson & Elkins L.L.P.
         200 West Sixth Street, Suite 2500
         Austin, Texas 78701
         T. (512) 542-8409
         F. (512) 236-3234
         bnoble@velaw.com
         ebamesberger@velaw.com

         ***Attorneys of Record for Appellees the Members of the Board of Directors of the State Bar of Texas***

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 28, 2025, I conferred with Gaines West, counsel for Appellant, and Daniel Olds and Royce LeMoine, counsel for Appellees, who all indicated that they are unopposed to the relief requested in this motion.

/s/ Patrick W. Mizell
Patrick W. Mizell
*Attorney of Record for Appellees the Members of the Board of Directors of the State Bar of Texas*

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this document contains 312 words, excluding the words not included in the word count pursuant to Texas Rule of Appellate Procedure 9.4(i)(1). This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

/s/ Patrick W. Mizell
Patrick W. Mizell
*Attorney of Record for Appellees the Members of the Board of Directors of the State Bar of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically transmitted to the Clerk of the Court on this 29th day of January, 2025, and served on the following:

| | |
|---|---|
| Gaines West | *Counsel for Appellant* |
| WEST, WEBB, ALLBRITTON & GENTRY, P.C. | |
| 1515 Emerald Plaza | |
| College Station, Texas 77845 | |
| gaines.west@westwebblaw.com | |
| | |
| Royce Lemoine | *Counsel for Appellees* |
| OFFICE OF THE CHIEF DISCIPLINARY | *Commission for Lawyer* |
| COUNSEL, STATE BAR OF TEXAS | *Discipline, the Office of the Chief* |
| P.O. Box 12487, Capitol Station | *Disciplinary Counsel, Seana* |
| Austin, Texas 78711-2487 | *Willing, Amanda M. Kates, John* |
| Richard.huntpalmer@texasbar.com | *S. Brannon, Daniel Martinez, and* |
| Royce.lemoine@texasbar.com | *Daniela Grosz* |
| | |
| Daniel J. Olds | |
| Jadd F. Masso | *Counsel for Appellee Jenny* |
| CLARK HILL PLC | *Hodgkins* |
| 901 Main Street, Suite 6000 | |
| Dallas, Texas 75202 | |
| dolds@clarkhill.com | |
| jmasso@clarkhill.com | |
| | |
| Justin B. Cox | |
| CLARK HILL PLC | *Counsel for Appellee Jenny* |
| 3711 South Mopac Expressway | *Hodgkins* |
| Building One, Suite 500 | |
| Austin, Texas 78746 | |
| jbcox@clarkhill.com | |

*/s/ Patrick W. Mizell*
Patrick W. Mizell
*Attorney of Record for Appellees the Members of the Board of Directors of the State Bar of Texas*

5

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Brooke Noble on behalf of Pat Mizell
Bar No. 14233980
bnoble@velaw.com
Envelope ID: 96756697
Filing Code Description: Motion
Filing Description: State Bar Appellees' Unopposed Motion for 14-Day Extension of Time to File Appellees' Brief
Status as of 1/30/2025 10:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pat Mizell | | pmizell@velaw.com | 1/29/2025 3:50:53 PM | SENT |
| Jadd Masso | 24041411 | jmasso@clarkhill.com | 1/29/2025 3:50:53 PM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 1/29/2025 3:50:53 PM | SENT |
| Richard Huntpalmer | 24097857 | Richard.Huntpalmer@texasbar.com | 1/29/2025 3:50:53 PM | SENT |
| Gaines West | 21197500 | gaines.west@westwebb.law | 1/29/2025 3:50:53 PM | SENT |
| John Rudinger | 24067852 | jay.rudinger@westwebblaw.com | 1/29/2025 3:50:53 PM | SENT |
| Daniel Olds | 24088152 | dolds@clarkhill.com | 1/29/2025 3:50:53 PM | SENT |
| Brooke Noble | | bnoble@velaw.com | 1/29/2025 3:50:53 PM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 1/29/2025 3:50:53 PM | SENT |
| Emily Bamesberger | | ebamesberger@velaw.com | 1/29/2025 3:50:53 PM | SENT |
| Justin B.Cox | | jbcox@clarkhill.com | 1/29/2025 3:50:53 PM | SENT |

Associated Case Party: EdwardRandolphTurnbull

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Billy SHart | | billy.hart@westwebblaw.com | 1/29/2025 3:50:53 PM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 1/29/2025 3:50:53 PM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 1/29/2025 3:50:53 PM | SENT |
| Gaines West | | gaines.west@westwebblaw.com | 1/29/2025 3:50:53 PM | SENT |